1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   SUZANNE GONZALES,                        Case: 1:17-CV-00530-LJO-JLT

12            Plaintiff,                       **ORDER CLOSING THE CASEE AS
                                               TO DEFENDANT COUNTRYSIDE**
13        v.                                   **CORP. ONLY**

14   JHAJ AND JHAJ, INC., a California         (Doc. 11)
     Corporation; COUNTRYSIDE CORP., a
15   California Corporation; and Does 1-10,

16            Defendants.

17        The parties have filed as stipulation to dismiss this action as to Countryside Corp,

18   without prejudice and with each party to bear their own attorney fees and costs. (Doc. 11)  The

19   stipulation relies on Fed. R. Civ.P. 41(a)(1) which provides, "the plaintiff may dismiss an

20   action without a court order by filing: . . . a stipulation of dismissal signed by all parties who

21   have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the

22   Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v.</u>

23   <u>City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is **DIRECTED**

24   to close this action **as to defendant Countryside Corp. only** in light of the stipulation signed

25   pursuant to Rule 41(a).

26
     IT IS SO ORDERED.
27

28        Dated:   __June 8, 2017__               _____/s/ Jennifer L. Thurston_
                                                  UNITED   STATES   MAGISTRATE
     JUDGE