# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE GONZALES, <br><br> Plaintiff, <br><br> v. <br><br> JHAJ AND JHAJ, INC, et al., <br><br> Defendants. | Case No.: 1:17-cv-00530 JLT <br><br> ORDER CLOSING CASE <br><br> (Doc. 19) |

The parties have stipulated to dismiss the case. (Doc. 19) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **September 13, 2017**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE